IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SEAN WILLIAM LEE                                                                         PETITIONER

v.                           NO. 2:18-cv-00075 JM

GENE BEASLEY                                                                             RESPONDENT

ORDER

The Court has received findings and recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections[1] received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Plaintiff will not be allowed to amend his Petition to include a claim regarding the enforcement of the sex offender registration requirement because the amendment would be futile. *See e.g.*, *United States v. Fernandez,* 710 F.3d 847 (8th Cir. 2013).

The motion to vacate, set aside, or correct pursuant to 28 U.S.C. 2255 filed by petitioner Sean William Lee is dismissed. Plaintiff's Motion (ECF 12) is denied. All requested relief is denied, and judgment will be entered for respondent Gene Beasley.

IT IS SO ORDERED this 29th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court deems Plaintiff's Motion to Amend and Supplement Petition to be objections.