IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SEAN WILLIAM LEE                                                                    PETITIONER

v.                              NO. 2:18-cv-00075 JM

GENE BEASLEY                                                                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Gene Beasley.

IT IS SO ORDERED this 29th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE